# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**GVM, Inc.,**<br><br>           **Debtor.** | **Chapter 11**<br><br>**Bankruptcy No. 19-03013** |
| In re:<br><br>**Independent AG Equipment, Inc.,**<br><br>           **Debtor.** | **Chapter 11**<br><br>**Bankruptcy No. 19-03014** |
| In re:<br><br>**GVM West, Ltd.,**<br><br>           **Debtor.** | **Chapter 11**<br><br>**Bankruptcy No. 19-03015** |

## ORDER AUTHORIZING JOINT ADMINISTRATION
## OF RELATED CHAPTER 11 CASES

This matter having been brought to the Court on the Motion[1] of the Debtors for an Order that authorizing Joint Administration of the Debtors' chapter 11 cases, and this Court having determined that the relief requested in the Motion is in the best interest of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that, except otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1.       The Motion is **GRANTED**.

2.       Pursuant to Fed. R. Bankr. P. 1015(b) the Debtors' chapter 11 cases shall be

---

[1] Other capitalized terms not defined herein will have meaning ascribed to them in the Motion.

Jointly Administered.

       3.    The Clerk of this Court shall maintain one file and one docket for the Debtors' cases, which file and docket shall be the file and docket for the chapter 11 case of GVM, Inc., Bankruptcy Case Number 19-03013.

       4.  All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

| In re: | CASE NO. 19-03013 |
|---|---|
| **GVM, Inc.,** *et al.*, <br><br> **Debtor.** | **CHAPTER 11** <br> **Jointly Administered with** <br> **Case No. 19-03014** <br> **Case No. 19-03015** |

       5.  Notwithstanding the relief granted herein, any creditor filing a proof of claim against one of the Debtors shall file such proof of claim in such individual debtor's Chapter 11 case.

       6.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above captioned chapter 11 cases.

       7.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

       8.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

9.   Nothing in this Order shall affect the requirements that GVM, Equipment, or West would be required to meet under 11 U.S.C. Section 1129 to obtain confirmation of a plan if its case was not jointly administered.

BY THE COURT:

_____
HONORABLE HENRY W. VAN ECK
UNITED STATES BANKRUPTCY JUDGE