IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: GVM, Inc., Debtor. | Chapter 11<br>Bankruptcy No. 19-03013 |
|---|---|
| In re: Independent AG Equipment, Inc., Debtor. | Chapter 11<br>Bankruptcy No. 19-03014 |
| In re: GVM West, Ltd., Debtor. | Chapter 11<br>Bankruptcy No. 19-03015 |

**NOTICE OF DEBTORS' MOTION FOR AN ORDER AUTHORIZING JOINT ADMINISTRATION**

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING:

Pursuant to Local Rule 2002-1(a), the Court will consider this Motion of the Debtors for an Order Authorizing Joint Administration without further notice or hearing unless a party in interest files an objection/response on or before twenty-one (21) days, or by **August 8, 2019**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and the movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Dated: July 17, 2019

CIARDI CIARDI & ASTIN

By: */s/ Jennifer C. McEntee*
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
jcranston@ciardilaw.com

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court
Attn: Clerk's Office
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101